DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT NICHOLAS KOVACS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2983

[August 21, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502011CF010350AXXXMB.

Robert Kovacs, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Robert Kovacs appeals the circuit court's order denying his motion for extension of time to file a Florida Rule of Criminal Procedure 3.850 motion for postconviction relief. We join our sister courts and conclude the denial of a motion for extension of time to file a rule 3.850 motion for postconviction relief is not an appealable final order. *See, e.g., Gonzales v. State*, 350 So. 3d 108 (Fla. 3d DCA 2022); *Criner v. State*, 59 So. 3d 196, 196-97 (Fla. 1st DCA 2011); *Payton v. State*, 58 So. 3d 933, 933 (Fla. 2d DCA 2011). If necessary, the denial of a motion to extend time can be reviewed on appeal of the final order deciding the postconviction motion. As a result, we dismiss the appeal.

*Appeal dismissed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***